UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY McLAUGHLIN,

    Plaintiff,

vs.

PEAK TECHNICAL SERVICES, INC.,
and CARRIE WILL, an individual,

    Defendants.

Case No. 02:07-CV-12719
Hon. Sean F. Cox
Magistrate Mona K. Majzoub

---

**DRIGGERS, SCHULTZ & HERBST P.C.**
GERALD D. WAHL (P26511)
Attorney for Plaintiff
2600 West Big Beaver Road, Suite 550
Troy, MI 48084-3323
(248) 248-458-3593
GWahl@driggersschultz.com

**CUMMINGS MCCLOREY DAVIS**
  **& ACHO P.L.C.**
GERALD C. DAVIS (P12551)
LINDA DAVIS FRIEDLAND (P62400)
Of Counsel for Defendants
33900 Schoolcraft Road
Livonia, MI 48150
(734) 261-2400
gdavis@cmda-law.com
lfriedland@cmda-law.com

**COLLINS, EINHORN, FARRELL**
**& ULANOFF, P.C.**
JANICE G. HILDENBRAND (P30536)
DEBORAH A. LUJAN (P46990)
Attorneys for Defendants
4000 Town Center, Suite 909
Southfield, MI 48075-1473
(248) 355-4141
janice.hildenbrand@ceflawyers.com
deborah.lujan@ceflawyers.com

---

## ORDER FOR SUBSTITUTION OF ATTORNEYS

    At a session of said Court held in the U.S. District Court, in the City of Detroit, County of Wayne, State of Michigan on:  November 5, 2007

    PRESENT:   HON.   Sean F. Cox
                       U.S. DISTRICT COURT JUDGE

In accordance with the Notice and Consent of Substitution of Attorneys filed on November 1, 2007;

IT IS HEREBY ORDERED that Gerald D. Wahl and the law firm of DRIGGERS, SCHULTZ & HERBST P.C., shall be, and hereby are, substituted in the place and stead of the law firm of SOMMERS SCHWARTZ, P.C., attorneys for Plaintiff.

                                              **s/ Sean F. Cox**
                                              U.S. DISTRICT COURT JUDGE